## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Southside Restaurant Partners, LLC ) <br> d/b/a Nakama Japanese Steakhouse ) <br> & Sushi Bar ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CINCINNATI INSURANCE ) <br> COMPANY ) <br> ) <br> Defendant ) | Civil Action No. 2:20-CV-1463 |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice, each party to bear their own costs.

/s/ *Trisha A. Gill, Esquire*
Trisha A. Gill
LITCHFIELD CAVO, LLP
Two Gateway Center
603 Stanwix Street, 10th Floor
Pittsburgh, PA 15219
gill@litchfieldcavo.com
Counsel for Defendant

/s/ *James R. Ronca, Esquire*
James R. Ronca
Anapol Weiss
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19109
jronca@anapolweiss.com
Counsel for Plaintiff